IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **LEE LEWIS CONSTRUCTION, INC.,**<br>*Plaintiff,* | § § § | |
| v. | § § | NO. 6:23-CV-577 |
| **LM INSURANCE CORPORATION, LIBERTY INSURANCE CORPORATION and BERKLEY ASSURANCE COMPANY,**<br>*Defendants.* | § § § § § § § | |

## ORDER

On January 5, 2026, Plaintiff Lee Lewis Construction, Inc. ("Lee Lewis") and Defendants LM Insurance Corporation and Liberty Insurance Corporation ("Liberty"), filed a joint stipulation for dismissal with prejudice, signed by both parties, which falls under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 101.

In light of the dismissal stipulation, this court no longer has jurisdiction over this action. "The court lost jurisdiction when the parties voluntarily dismissed the entire suit under Rule 41(a)(1)(A)(ii)." *Def. Distributed v. United States Dep't of State*, 947 F.3d 870, 872 (5th Cir. 2020). A stipulation of dismissal dismisses the action "without a court order." *Id.* at 873 (quoting FED. R. CIV. P. 41(a)(1)(A)(ii)). Accordingly, the Clerk's Office is directed to **CLOSE** this case.

SIGNED ON JANUARY 6, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE